# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA ERICKSON, Personal Representative of the Estate of Rourk Erickson,** ) ) ) ) | |
| ) | **7:05CV5003** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| vs. ) ) | |
| **ELI LILLY AND COMPANY, an Indiana corporation,** ) ) ) | |
| **Defendant.** ) | |

**IT IS ORDERED** that the terms of the parties' STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION (#33) are hereby adopted by the court and shall become effective immediately.

**DATED March 10, 2006.**

              **BY THE COURT:**

              s/ F.A. Gossett
              **United States Magistrate Judge**