IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA ERICKSON,<br>Personal Representative of the Estate of<br>ROURK ERICKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELI LILLY COMPANY,<br>an Indiana corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 7:05CV5003<br><br><br><br><br>ORDER FOR DISMISSAL<br>WITH PREJUDICE |

THIS MATTER came before the Court on the joint stipulation of dismissal with prejudice filed by plaintiff Debra Erickson, Personal Representative of the Estate of Rourk Erickson, and defendant Eli Lilly Company. Being duly advised,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice (Filing No. 41) is approved;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and fees.

DATED this 10th day of January 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　United States District Judge